**Order entered December 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01268-CR

**JENNIFER FOLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 26th District Court**
**Williamson County, Texas**
**Trial Court Cause No. 14-0094-K26**

## ORDER

Before the Court is appellant's December 5, 2019 third motion to extend time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before December 20, 2019. The failure to file a brief by that date will result in the Court taking whatever action it deems appropriate, including abating the appeal for a hearing under rule 38.8(b)(3).

/s/     LANA MYERS
         JUSTICE